CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 6 2013

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEFFERY ALLEN HART, | ) | CASE NO. 7:13CV00165 |
| | ) | |
| Petitioner, | ) | |
| | ) | FINAL ORDER |
| v. | ) | |
| | ) | |
| COMMONWEALTH OF TAZEWELL | ) | |
| COUNTY, VIRGINIA, | ) | By:  Glen E. Conrad |
| | ) | Chief United States District Judge |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that petitioner's objection (ECF No. 4) to the court's order construing his "notice of appeal" and "motion to vacate 'VOID-AB-INITIO' conviction and sentence" as a petition under 28 U.S.C. § 2254, is **SUSTAINED**; petitioner's motion/petition (ECF No. 1) is hereby **DISMISSED** without prejudice, and the action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 6th day of May, 2013.

*/s/ Glen E. Conrad*

Chief United States District Judge